

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2014

No. 04-13-00477-CV

Matthew D. **WHITMIRE**,
Appellant

v.

Joyce **GUERRA**, Vicky Barrow, Billie Harris and Rosalina Smith,
Appellees

From the 278th District Court, Walker County, Texas
Trial Court No. 26,139
Kenneth H. Keeling, Judge Presiding

# O R D E R

Sitting:       Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court